IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 21-cv-03581<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Heather K. McShain** |

**Declaration of Martin F. Trainor**

I, Martin F. Trainor, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Plaintiff uses and promotes its DAYMAKER Trademark in connection with motorcycle headlights. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's website advertising Daymaker-branded projector LED motorcycle headlights for sale.

3. Defendant operates a fully interactive e-commerce store on the e-commerce platform hosted by Amazon.com, Inc. ("Amazon"), under at least the seller alias Amarzon-Automotive Parts ("Defendant's Amazon Store").

4. Defendant advertised, offered for sale, and sold at least the product shown in Figure 1 bearing infringing and counterfeit versions of the DAYMAKER and HARLEY-DAVIDSON

Trademarks ("Counterfeit Product"). A true and correct copy of screenshots of Defendant selling the Counterfeit Product is attached hereto as **Exhibit 2**.



Figure 1

5. Attached hereto as **Exhibit 3** is a comparison of a representative Defendant marketplace listing in *KTM AG v. The Individuals, et al.*, No. 21-cv-01280 and Defendant's Counterfeit Product listing.

6. Attached hereto as **Exhibit 4** is a true and correct copy of unpublished decisions and filings cited in Harley-Davidson's Response to Defendant Amarzon-Automotive Part's Opposition to Plaintiff's Motion for Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 27th day of August 2021 at Chicago, Illinois.

/s/ Martin F. Trainor
Martin F. Trainor
Counsel for Plaintiff H-D U.S.A., LLC