# Exhibit 1

Dealer Locator | Test Ride | Track Order | United States – English

**BIKES** | **H-D1 MARKETPLACE** | **PARTS** | **MENS** | **WOMENS** | **GOODS & GIFTS** | **EXPERIENCE H-D** | Search | Sign In | Cart (0)

Free Shipping with $50 Purchase & Free Returns - **Learn More**

PARTS

# Motorcycle Headlights

**FILTERS:** PRICE

Home \ Motorcycle Parts & Accessories \ Lighting

**SHOP CATEGORY BY BIKE MODEL**

SELECT YEAR | SELECT MODEL | Sign in to see saved bikes

18 Products | ‹ Prev  1 of 1  Next › | Sort by: Price : Low - High



**PERFORMANCE HEADLAMP BULB**
$29.95
★★☆☆☆ 1.6



**BLACK DOMESTIC HEADLAMP SHELL**
$199.95
☆☆☆☆☆ 0



**DUAL HEADLAMP KIT**
$359.95
★★★★★ 4.83



**5-3/4 IN. DAYMAKER SIGNATURE REFLECTOR LED HEADLAMP - CHROME**
$399.95
★★★★★ 4.67



**5-3/4 IN. DAYMAKER SIGNATURE REFLECTOR LED HEADLAMP - BLACK**
$399.95
☆☆☆☆☆ 0



**5-3/4 IN. DAYMAKER PROJECTOR LED HEADLAMP**
$409.95
★★★★½ 4.49





7 IN. DAYMAKER SIGNATURE



7 IN. DAYMAKER SIGNATURE

FILTERS:   PRICE ⌄



**5-3/4 IN. DAYMAKER PROJECTOR LED HEADLAMP**

$409.95

★★★★★ 4.82



**7 IN. DAYMAKER SIGNATURE REFLECTOR LED HEADLAMP - BLACK**

$499.95

☆☆☆☆☆ 0



**7 IN. DAYMAKER SIGNATURE REFLECTOR LED HEADLAMP - CHROME**

$499.95

★★★★★ 5



**NEW ARRIVAL**
**DAYMAKER ADAPTIVE HEADLIGHT UPGRADE KIT**

$524.95

☆☆☆☆☆ 0



**7 IN. DAYMAKER PROJECTOR LED HEADLAMP**

$574.95

★★★★☆ 3.67



**7 IN. DAYMAKER PROJECTOR LED HEADLAMP**

$574.95

☆☆☆☆☆ 0



**DUAL LED HEADLAMP**

$709.35

☆☆☆☆☆ 0



**ROAD GLIDE DAYMAKER PROJECTOR LED HEADLAMP**

$749.95

★★★★☆ 4.5



**ROAD GLIDE DAYMAKER PROJECTOR LED HEADLAMP**

$749.95

★★★★★ 4.8



**DAYMAKER PROJECTOR LED LAMPS**

$799.95

☆☆☆☆☆ 0



**7 IN. DAYMAKER ADAPTIVE LED HEADLAMP**

$849.95

★★★★☆ 3.5



**7 IN. DAYMAKER ADAPTIVE LED HEADLAMP**

$849.95

★★★★★ 5

