# Exhibit 2







