# Exhibit 3



*Defendant Marketplace Listing in KTM AG v. The Individuals, et al., No. 21-cv-01280*



*Defendant Amarzon-Automotive Parts' Marketplace Listing*