**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>XIAO YUN STORE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03581<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Heather K. McShain** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| JT MOTOSPORT | 117 |
| Terisass | 155 |
| CLyxXyK | 162 |

Dated this 10th day of September 2021.

　　　　Respectfully submitted,

　　　　/s/ RiKaleigh C. Johnson
　　　　Amy C. Ziegler
　　　　Justin R. Gaudio
　　　　RiKaleigh C. Johnson
　　　　Martin F. Trainor
　　　　Greer, Burns & Crain, Ltd.
　　　　300 South Wacker Drive, Suite 2500
　　　　Chicago, Illinois 60606
　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　aziegler@gbc.law
　　　　jgaudio@gbc.law
　　　　rjohnson@gbc.law
　　　　mtrainor@gbc.law

　　　　*Attorneys for Plaintiff H-D U.S.A., LLC*